# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

HABEEB ADEOLA AZEEZ,

**CRIMINAL COMPLAINT**

CASE NUMBER: 03H-1140-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about October 18, 2003 in Suffolk county, in the District of Massachusetts defendant did, (Track Statutory Language of Offense) knowingly and intentionally an unlawfully import into the Unites States from a place outside thereof, a quantity of Heroin, a class I controlled substance.

in violation of Title _____21_____ United States Code, Section(s) _____952(a)_____ .

I further state that I am a(n) U.S. Immigration and Customs Enforcement Special Agent
and that this complaint is based on the
                                        Official Title
following facts:

### See Attached Affidavit

Continued on the attached sheet and made a part hereof:

X Yes    ☐ No

Signature of Complainant
CHRISTOPHER W. DIORIO
Special Agent, U.S. Customs Service

Sworn to before me and subscribed in my presence,

October 20, 2003                         at      Boston, Massachusetts
Date                                             City and State

JUDITH G. DEIN, U.S. MAGISTRATE JUDGE            Judith Gail Dein
Name and Title of Judicial Officer               Signature of Judicial Officer