UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>HABEEB ADEOLA AZEEZ,    )<br>)<br>           Defendant.   )<br>)<br>)<br>) | CRIMINAL NO. **03CR 10350 RCL**<br><br>**VIOLATIONS:**<br><br>21 U.S.C. § 952(a) - Importation of a Controlled Substance -- Heroin<br><br>21 U.S.C. § 853 -<br>Criminal Forfeiture |

### INDICTMENT

**COUNT ONE:**   21 U.S.C. §§ 952(a) and 960(a) - **Importation of Heroin.**

The Grand Jury charges that:

On or about October 18, 2003, at Boston, in the District of Massachusetts,

**HABEEB ADEOLA AZEEZ**

defendant herein, did knowingly and intentionally import heroin, a Schedule I controlled substance, into the United States from a place outside thereof, namely Germany.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

**FORFEITURE ALLEGATION**:   (21 U.S.C. § 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing the offense alleged in Count One of this indictment,

**HABEEB ADEOLA AZEEZ,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
DICKENS MATHIEU
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 19, 2003.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11-19-03 at 11:40 am

-3-