UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10350-RCL |
| ) | |
| HABEEB ADEOLA AZEEZ ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned Assistant Federal Public Defender as counsel for the defendant.

        HABEEB ADEOLA AZEEZ
        By his attorney,

        Page Kelley
          B.B.O. #548237
        Federal Defender Office
        408 Atlantic Avenue, 3rd
        Floor
        Boston, MA  02110
        Tel: 617-223-8061

CERTIFICATE OF SERVICE

   I, Page Kelley, hereby certify that a true copy of the above document was served on Assistant U.S. Attorney Dickens Mathieu on February 10, 2004.

        Page Kelley