UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. |
| ) | 03-10350-RCL |
| HABEEB AZEEZ  ) | |

### DEFENDANT'S ASSENTED TO MOTION FOR EXTENTION OF TIME FOR FILING OF MOTION TO SUPPRESS

The defendant in the above-numbered indictment, through counsel, Page Kelley, respectfully requests an extention of time for the filing of a motion to suppress in the above case. The defendant so moves because counsel has just recently been assigned this case and was informed by former counsel, Miriam Conrad, that a motion to suppress is to be filed on the date of the next status conference, March 3. Counsel requests an additional thirty days to review the case and prepare the motion for filing.

Assistant United States Attorney Dickens Mathieu has no objection to this request.

If the court grants the continuance, the government and

defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

          Habeeb Azeez
          By his attorney,

          Page Kelley
          B.B.O. #548237
          Federal Defender Office
          408 Atlantic Ave. 3rd floor
          Boston, MA  02110
          Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Dickens Mathieu by hand delivery on February 23, 2004.

Page Kelley