UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**ORDER ON EXCLUDABLE TIME**

March 3, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 3, 2004 - April 2, 2004

that being the time between the Interim Status Conference and the date by which the defendant is to file his motion to suppress.

Based upon the prior orders of this court dated December 3, 2003, January 13, 2004, and the order entered herewith, as of April 2, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 12, 2004) and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried.

                                       / s / Judith Gail Dein
                                       JUDITH GAIL DEIN
                                       United States Magistrate Judge