UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                          )
         v.               )   CRIMINAL NO. 03-10350-RCL
                          )
HABEEB ADEOLA AZEEZ       )

**JOINT SUBMISSION OF THE PARTIES UNDER L.R. 116.5(C)**

Pursuant to Local Rule 116.5(C), the parties state as follows:

(1)   Outstanding Discovery

There are no outstanding discovery issues not yet presented to or resolved by the Court.

(2)   Additional Discovery

The parties do not anticipate providing any additional discovery, aside from discovery required to be produced at a later date pursuant to the Local Rules governing discovery and Fed. R. Crim. P. 16.

(3)   Insanity or Public Authority Defenses

Defendant does not intend to raise a defense of insanity or public authority.

(4)   Notice of Alibi Defense

The government has requested notice of alibi, and defendant does not intend to offer an alibi defense.

(5)   Motions Requiring Ruling by District Court

In the event the parties are unable to reach a plea agreement, Defendant intends to file a motion to suppress on or

before April 2, 2004.

(6) <u>Scheduling and Plea Negotiations</u>

The parties have agreed on a plea agreement in principal.

(7) <u>Periods of Excludable Delay</u>

In addition to the periods previously excluded by this Court's orders, there are thirteen (13) days of nonexcludable time under the Speedy Trial Act (December 31, 2003 to January 12, 2004), and fifty-seven (57) days remaining under the Speedy Trial Act within which this case must be tried.

(8) <u>Anticipated Length of Trial</u>

It is anticipated that a trial would last one week.

(9) <u>Date for Future Status Conferences</u>

The parties respectfully request that this issue be addressed at the final status conference on March 17, 2004.

                          Respectfully submitted,

PAGE KELLY, Esquire          MICHAEL J. SULLIVAN
                                United States Attorney

/s/ Page Kelly
for defendant HABEEB AZEEZ   By: /s/ Dickens Mathieu

                                DICKENS MATHIEU
                                Assistant U.S. Attorney

March 12, 2004