SCANNED DATE: 4-6-04 BY:

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10350-RCL |
| ) | |
| HABEEB AZEEZ ) | |

AFFIDAVIT OF HABEEB AZEEZ IN SUPPORT OF
MOTION TO SUPPRESS

I, Habeeb Azeez, depose and state the following:

1. I am the defendant in the above-entitled matter.

2. On October 18, 2003, I arrived at Logan Airport in Boston, Massachusetts, from Germany. I had two suitcases on a trolley in the customs area.

3. I was waiting in line in customs when a dog came and sniffed my luggage. The dog did not do anything when he sniffed my luggage; he just went on.

4. A man took me out of the line and took me to a table. The suitcases were thoroughly searched by the man. Then they were emptied, taken away, and x-rayed. The man who brought them back after the x-ray said something like, "Okay." My understanding was that the suitcases were fine.

5. Then, my luggage was taken away and I was taken to a room. I sat there for about fifteen minutes. Then I was taken to a second room. After a time a man came in and told me I was under arrest. He told me I could remain silent, and have an attorney, and I then said I wanted an attorney.

6. I did not consent to the officer's search of my luggage, or to any questioning. I understood I did not have a choice about submitting to a search or answering questions, until I was told I did not have to answer questions, when I asserted my right to have an attorney.

7. I make this statement pursuant to the protections afforded by United States v. Simmons, 390 U. S. 377 (1968). This is not a complete statement of what

happened to me at the airport; this is an affidavit which I wrote with the assistance of my attorney for purposes of the motion to suppress.

Signed under pains and penalties of perjury this ___ day of April 2004.

_____
Habeeb Azeez