UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

## NOTICE OF RESCHEDULED STATUS CONFERENCE

PLEASE TAKE NOTICE THAT the status conference presently scheduled for Tuesday, May 4, 2004 at 10:45 a.m. has been rescheduled to **3:00 p.m.** on that same date. The parties' Joint Memorandum remains due THREE business days prior to that Status Conference.

TONY ANASTAS,
CLERK OF COURT


  / s / Jolyne D'Ambrosio
Deputy Clerk

DATED: April 27, 2004