UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**ORDER ON EXCLUDABLE TIME**

May 4, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 4, 2004 - May 25, 2004

that being the time between the Interim Status Conference and the next status conference.

Based upon the prior orders of this court dated December 3, 2003, January 13, 2004, March 3, 2004, March 17, 2004, April 7, 2004 and this order, as of May 25, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 12, 2004) and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried.

                                              / s / Judith Gail Dein
                                              JUDITH GAIL DEIN
                                              United States Magistrate Judge