UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10350-RCL |
| | ) | |
| HABEEB AZEEZ | ) | |
| | ) | |

ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The defendant respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on May 25, 2004 and June 30, 2004.  As grounds therefor, the defendant states that at the May 25 conference counsel for the defendant requested additional time to prepare the defendants case, and thus, consistent with 18 U.S.C. § 3161(h)(8)(A), the ends of justice are served by continuing the matter to June 30, 2004.

HABEEB AZEEZ
By his attorney,


____/s/ Page Kelley_____
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061