UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

May 27, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for May 25, 2004. At the conference, the defendant, Habeeb Adeola Azeez, with the assent of the government, requested a continuance in order to further prepare his case. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 25, 2004 - June 30, 2004

that being the time between the Interim Status Conference as originally scheduled and the rescheduled Interim Status Conference.

**The Interim Status Conference has been rescheduled to June 30, 2004 at 11:30 A.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

        / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge