UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )     CRIMINAL NO. 03-10350-RCL
                              )
     HABEEB AZEEZ             )
```

DEFENDANT'S ASSENTED TO MOTION
TO CONTINUE DATE OF STATUS CONFERENCE

Counsel for the defendant in the above-numbered indictment, Page Kelley, respectfully requests that the status conference in the above case, scheduled for Wednesday, June 30 at 11:30 a.m., be continued to Thursday, July 22.  Counsel so requests because of scheduling conflicts, and because she is waiting for a transcript of the testimony of a government witness at the detention hearing to be prepared.  The former Assistant United States Attorney assigned to the case, Dickens Mathieu, has left the U.S. Attorney's Office, and as of Monday, June 28, a new prosecutor had not yet been assigned to the case.  Assistant United States Attorney Michael Pelgro has assented to this continuance.

If the Court grants the continuance, the government and

defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

                                             Habeeb Azeez
                                             By his attorney,

                                             /s/ Page Kelley
                                             Page Kelley
                                                 B.B.O. #548237
                                             Federal Defender Office
                                             408 Atlantic Ave. 3rd floor
                                             Boston, MA  02110
                                             Tel: 617-223-8061