UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>HABEEB ADEOLA AZZEZ )<br>)<br>)<br>) | Criminal No. 03-CR-10350-RCL |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617)748-3215

JULY 6, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have served upon counsel of record for the defendant a copy of the foregoing document by first-class mail this 6th day of JULY, 2004.

/s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY