UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10350-RCL |
| | ) | |
| HABEEB AZEEZ | ) | |

<u>DEFENDANT'S ASSENTED TO MOTION
TO CONTINUE DATE OF STATUS CONFERENCE</u>

Counsel for the defendant in the above-numbered indictment, Page Kelley, respectfully requests that the status conference in the above case, scheduled for Thursday, July 22 at 10:45 a.m., be continued to Tuesday, August 31.  Counsel so requests because she is waiting for medical records of the defendant.  The Assistant United States Attorney assigned to the case, Glenn MacKinlay, has assented to this continuance.

If the Court grants the continuance, the government and defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

Habeeb Azeez
By his attorney,

<u>/s/ Page Kelley</u>
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Ave. 3rd floor
Boston, MA  02110
Tel: 617-223-8061