UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10350-RCL |
| ) | |
| HABEEB AZEEZ ) | |
| ) | |

<u>DEFENDANT'S ASSENTED TO MOTION</u>
<u>TO CONTINUE DATE OF STATUS CONFERENCE</u>

Counsel for the defendant in the above-numbered indictment, Page Kelley, respectfully requests that the status conference in the above case, scheduled for Tuesday, August 31, at 10:45 a.m., be continued to Friday, October 1. Counsel so requests because of scheduling conflicts, and because she is still waiting for medical records of the defendant to be produced by a local hospital. The Assistant United States Attorney assigned to this case, Glenn MacKinlay, has no objection to this request.

If the Court grants the continuance, the government and defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

HABEEB AZEEZ
By his attorney,

/s/ Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061