UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

## FURTHER ORDER ON EXCLUDABLE TIME

August 31, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for August 31, 2004. The defendant, Habeeb Adeola Azeez, with the assent of the government, has requested a continuance because of scheduling conflicts and because she is still waiting for the defendant's medical records to be produced by a local hospital. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 31, 2004 - October 6, 2004

that being the time between the Interim Status Conference as originally scheduled and the rescheduled Interim Status Conference.

**The Interim Status Conference has been rescheduled to October 6, 2004 at 2:45 P.M. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In**

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

       / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge