UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03-10350-RCL |
| v. | ) | |
| | ) | **VIOLATIONS:** |
| HABEEB ADEOLA AZEEZ, | ) | |
| | ) | 21 U.S.C. §§ 952(a) and 960(a)(1) – Importation of Heroin |
| Defendant. | ) | |
| | ) | 21 U.S.C. § 853 – Criminal Forfeiture Allegation |

### SUPERSEDING INDICTMENT

**COUNT ONE:**   (21 U.S.C. §§ 952(a) and 960(a)(1) – Importation of Heroin)

The Grand Jury charges that:

On or about October 18, 2003, at Boston, in the District of Massachusetts,

**HABEEB ADEOLA AZEEZ**

defendant herein, did knowingly and intentionally import heroin, a Schedule I controlled substance, into the United States from a place outside thereof, namely Germany.

The Grand Jury further charges that this offense involved one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(1)(A) applies to this count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

**FORFEITURE ALLEGATION**:   (21 U.S.C. § 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

   1.   As a result of committing the offense alleged in Count One of this indictment,

**HABEEB ADEOLA AZEEZ**,

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.

   2.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

   All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; SEPTEMBER 1, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

3:45 pm

-3-

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

    The defendant HABEEB ADEOLA AZEEZ is responsible for at least one kilogram, but not more than three kilograms, of heroin. Accordingly USSG §2D1.1(c)(4) applies to this defendant.

**Criminal Case Cover Sheet**                    U.S. District Court - District of Massachusetts

**Place of Offense:**           Category No.  II            Investigating Agency   ICE

City    Boston                  **Related Case Information:**

County  Suffolk                 Superseding Ind./ Inf.   x          Case No.  03-10350-RCL
                                Same Defendant   x         New Defendant  _____
                                Magistrate Judge Case Number   03M1140-JGD
                                Search Warrant Case Number  _____
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Habeeb Adeola Azeez               Juvenile:     ☐ Yes    x No

Alias Name       _____

Address          Lagos, Nigeria

Birthdate: 1939    SS # _____    Sex: Male   Race: Black    Nationalit  Nigerian

Defense Counsel if known:   Page Kelly          Address  Federal Defender's Office

Bar Number       _____                                  Boston, MA

**U.S. Attorney Information:**

AUSA   Glenn A. MacKinlay              Bar Number if applicable  _____

Interpreter:    ☐ Yes   x No         List language and/or dialect:   N/A

**Matter to be SEALED:**    ☐ Yes   x No

   ☐ Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date    October 18, 2003

x  Already in Federal Custody as of    October 18, 2003 at Plymouth County    House of Correction
☐  Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____    on _____

**Charging Document:**     ☐ Complaint      ☐ Information       x Indictment

**Total # of Counts:**     ☐ Petty ____    ☐ Misdemeanor ____    x Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/1/04           Signature of AUSA:  _/s/ Glenn A. MacKinlay_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Habeeb Adeola Azeez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 952(a) ; 960(a)(1) | Importation of Heroin | 1 |
| Set 2 | 21 U.S.C. 853 | Criminal Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) (Revised USDC MA 2/7/02) Page 2 of 2 or Reverse
Case 1:03-cr-10350-RCL    Document 41    Filed 09/01/2004    Page 6 of 6

Js-45 2.wpd - 2/7/02