

U.S. Department of Justice

United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*
*Dickens Mathieu Direct Line: (617) 748-3227*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

October 7, 2004

Page Kelly, Esquire
Federal Defender's Office
408 Atlantic Avenue
Boston, MA 02110

    Re:  United States v. Habeeb Azeez,
         Criminal No. 03-10350-RCL

Dear Ms. Kelley:

    Enclosed please find the following in the above matter:

    1.  Grand Jury Exhibit number 1 - Grand Jury minutes dated November 19, 2003;
    2.  Grand Jury Exhibit number 2 - photographs of evidence;
    3.  Grand Jury Exhibit number 3 - Customs Declaration;
    4.  Grand Jury Exhibit number 4 - notes;
    5.  Grand Jury Exhibit number 5 - DEA - 7; and
    6.  Grand Jury minutes dated September 1, 2004.

    If you have any questions, please feel free to contact me.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

              By:       *[signature]*
                        GLENN A. MACKINLAY
                        Assistant U.S. Attorney

Enclosures