UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

November 17, 2004

DEIN, M.J.

An Interim Status Conference was held before this Court on November 17, 2004.

In accordance with the agreement of the parties, this court orders the following period

of time excludable from the time period within which trial must commence:

November 17, 2004 - December 20, 2004

that being the time between the Interim Status Conference and the Final Status

Conference.

Based upon the prior orders of this court dated December 3, 2003, January 13,

2004, March 3, 2004, March 17, 2004, April 7, 2004, May 4, 2004, May 27, 2004, June

30, 2004, July 21, 2004, August 31, 2004, October 6, 2004 and this order, as of

December 20, 2004, there will be thirteen (13) days of non-excludable time under the

Speedy Trial Act (December 31, 2003 - January 12, 2004) and fifty-seven (57) days

remaining under the Speedy Trial Act in which this case must be tried.

_____ / s / Judith Gail Dein_____
JUDITH GAIL DEIN
United States Magistrate Judge