UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**FINAL STATUS REPORT**

December 20, 2004

DEIN, M.J.

A Final Status Conference was scheduled to be held before this court on Monday, December 20, 2004, pursuant to the provisions of Local Rule 116.5(C). The parties elected to proceed, however, on the basis of their Joint Submission. Based on that submission, this court enters the following report, in accordance with Local Rule 116.5(D):

1. Plea discussions are continuing. The defendant is awaiting medical records that he may use during the course of any sentencing in this matter.

2. Discovery is completed, except for discovery that is to be produced later pursuant to the Local Rules.

3. There are no outstanding or anticipated discovery issues.

4. The defendant does not intend to file any dispositive motions.

5. Based upon the prior orders of this court dated December 3, 2003, January 13, 2004, March 3, 2004, March 17, 2004, April 7, 2004, May 4, 2004, May 27, 2004, June 30, 2004, July 21, 2004, August 31, 2004, October 6, 2004 and November 17, 2004, as of this, date there are

      thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31, 2003 - January 12, 2004) and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered an order excluding the time from this date through the initial pre-trial conference with the District Judge in the interests of justice, to enable the parties to continue their discussions and consider their alternatives concerning how best to proceed with this matter.

6. It is estimated that if the case goes to trial, the trial will last approximately five (5) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                              / s / Judith Gail Dein
                                              Judith Gail Dein
                                              United States Magistrate Judge