UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10350-RCL

UNITED STATES OF AMERICA

v.

HABEEB ADEOLA AZEEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

December 20, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 20, 2004 through the initial pre-trial
conference with the District Judge,

such time being excluded in the interests of justice and to enable the parties to continue their discussions and consider their alternatives concerning how best to proceed with this matter.

Based upon the prior orders of this court dated December 3, 2003, January 13, 2004, March 3, 2004, March 17, 2004, April 7, 2004, May 4, 2004, May 27, 2004, June 30, 2004, July 21, 2004, August 31, 2004, October 6, 2004, November 17, 2004 and this order, as of the initial pre-trial conference with the District Judge, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (December 31,

2003 - January 12, 2004) and fifty-seven (57) days remaining under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge