UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10350-RCL |
| | ) | |
| HABEEB AZEEZ | ) | |
| | ) | |

DEFENDANT'S ASSENTED-TO MOTION
FOR SCHEDULING RULE 11 HEARING

The defendant in the above-numbered indictment, through counsel, Page Kelley, respectfully requests that a Rule 11 hearing be scheduled in this case for April 7, 2005. Counsel requests this date so that she may investigate questions concerning the defendant's health and continue negotiating the terms of the defendant's plea with the government.

Assistant United States Attorney Glenn MacKinlay has no objection to this request.

If the court grants the continuance, the government and defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) from January 3, 2005, to April 7, 2005.

HABEEB AZEEZ
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Dated: January 4, 2005