UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>HABEEB AZEEZ              )<br>) | CRIMINAL NO. 03-10350-RCL |

MOTION TO FILE UNDER SEAL

Now comes the defendant Mr. Azeez through counsel and respectfully requests that the attached motion be filed under seal, as the motion and attachments reference Mr. Azeez's medical history.

HABEEB AZEEZ
By his attorney,

/s/ Page Kelley
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Glenn MacKinlay by delivery on May 4, 2005.

/s/ Page Kelley