UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CRIMINAL NO. 03-10350-RCL |
| ) | |
| HABEEB ADEOLA AZEEZ    ) | |

### GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Habeeb Adeola Azeez notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Azeez be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  s/ Glenn A. MacKinlay
     GLENN A. MACKINLAY
     Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this 8th day of June, 2005 caused a copy of the foregoing document to be provided to Page Kelley, Esq. by efiling and by mail.

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY