UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10350-RCL |
| | ) | |
| HABEEB AZEEZ | ) | |
| | ) | |

### MOTION TO FILE UNDER SEAL

Now comes the defendant Mr. Azeez through counsel and respectfully requests that the attached motion be filed under seal, as the motion and attachments reference Mr. Azeez's medical history.

> HABEEB AZEEZ
> By his attorney,
>
> *Page Kelley /eap*
> Page Kelley
> B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA 02110
> Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Elizabeth Prevett, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Glenn MacKinlay by delivery on July 11, 2005.

> *Elizabeth Prevett*
> Elizabeth Prevett