```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
                              )
          v.                  )    Cr. No. 03-10350-RCL
                              )
HABEEB ADEOLA AZEEZ           )
                              )
```

**GOVERNMENT'S ASSENTED TO MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM**

The United States of America, through undersigned counsel, hereby requests that this court permit the late filing of a its Sentencing Memorandum in the above matter. The defendant, through counsel Page Kelley, Esq., assents to this motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                         By:

                                        <u>S/ Glenn A. MacKinlay</u>
                                        GLENN A. MACKINLAY
                                        Assistant U.S. Attorney
                                        One Courthouse Way
                                        Boston, MA 02110
                                        (617)748-3215

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by efiling and by emailing it to counsel for Habeeb Adeola Azeez, Page Kelley, Esq.

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
