UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Cr. No. 03-10350-RCL |
| ) | |
| HABEEB ADEOLA AZEEZ ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO DISMISS ORIGINAL INDICTMENT**

The United States of America, through undersigned counsel, hereby requests that this court to dismiss the original indictment in this matter. As reasons therefore, the government states that the government sought and received a superseding indictment on September 1, 2004. The defendant pled guilty to the sole count in the superseding indictment on April 27, 2005 and was sentenced by the court on July 20, 2005. Accordingly, the original indictment may be properly dismissed in the interests of justice. The defendant, through counsel Page Kelley, Esq., assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by efiling it to counsel for Habeeb Adeola Azeez, Page Kelley, Esq.

<u>S/ Glenn A. MacKinlay</u>
GLENN A. MACKINLAY